*Ex parte* JOHN M. COUCH (two cases).

Nos. A-2916, A-2917.   Opinion Filed April 18, 1917.

(164 Pac. 134.)

Petition by John M. Couch for writs of· *habeas corpus.*  Demurrer to petitions sustained, and writs denied.

*Homer Hurst,* for petitioner.

*R. McMillan,* Asst. Atty. Gen., for respondent.

PER CURIAM.   On February 5, 1917, there was filed and presented two petitions for writs of *habeas corpus* on behalf of John M. Couch, and demurrers were filed thereto.   The demurrers are sustained, and the writs denied.